The State of Ohio,  } SS.
Franklin County

**INDICTMENT FOR:** Murder (ORC 2903.02) (UF) (1 Count); Murder (ORC 2903.02) (UF) (1 Count); Reckless Homicide (ORC 2903.041) (F3) (1 Count). Total: 3 Counts.

**Grand Jury Term**
Beginning September 10, 2021

| | |
|---|---|
| **Count One** | **Murder, §2903.02, UF** |
| **Defendants** | Michael Jason Meade |
| **Date of Offense** | On or about December 4, 2020 |

The Jurors of the Grand Jury of the State of Ohio, duly selected, impaneled, sworn and charged to inquire of crimes and offenses committed within the body of Franklin County, in the State of Ohio, upon their oath do find and present that Michael Jason Meade late of said County, on or about December 4, 2020, within the County of Franklin aforesaid, in violation of section 2903.02 of the Ohio Revised Code, did purposely cause the death of Casey Christopher Goodson, Jr..

| | |
|---|---|
| **Count Two** | **Murder, §2903.02, UF** |
| **Defendants** | Michael Jason Meade |
| **Date of Offense** | On or about December 4, 2020 |

The Jurors of the Grand Jury of the State of Ohio, duly selected, impaneled, sworn and charged to inquire of crimes and offenses committed within the body of Franklin County, in the State of Ohio, upon their oath do find and present that Michael Jason Meade late of said County, on or about December 4, 2020, within the County of Franklin aforesaid, in violation of section 2903.02 of the Ohio Revised Code, did cause the death of Casey Christopher Goodson, Jr., as a proximate result of the offender committing or attempting to commit an offense of violence that is a felony of the first or second degree, to wit: Felonious Assault, in violation of Section 2903.11(A)(1) of the Ohio Revised Code.

| | |
|---|---|
| **Count Three** | **Reckless Homicide, §2903.041, F3** |
| **Defendants** | Michael Jason Meade |
| **Date of Offense** | On or about December 4, 2020 |

The Jurors of the Grand Jury of the State of Ohio, duly selected, impaneled, sworn and charged to inquire of crimes and offenses committed within the body of Franklin County, in the State of Ohio, upon their oath do find and present that Michael Jason Meade late of said County, on or about December 4, 2020, within the County of Franklin aforesaid, in violation of section 2903.041 of the Ohio Revised Code, did recklessly cause the death of Casey Christopher Goodson, Jr..

All of the above conduct being contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Ohio.

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

**A TRUE BILL**

H. Tim Merkle
Special Prosecutor for G. Gary Tyack
522 N. State St., Suite A
Westerville, OH 43082

Gary S. Shroyer
Special Prosecutor for G. Gary Tyack
580 S. high Street, Suite 300
Columbus, OH 43215

Foreperson, Grand Jury

**The following is information for the Clerk of Courts only**

State of Ohio v. Michael Jason Meade
Address
DOB
Sex/Race: Male/White
Date of Arrest:
SSN:
Police Agency: Columbus Police Department and Federal Bureau of Investigation
Municipal Reference:
ITN #:

Count 1:        Murder §2903.02, UF

Count 2:        Murder §2903.02, UF

Count 3:        Reckless Homicide §2903.041, F3

Case No.