IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Estate of Casey Goodson, Jr.,

    Plaintiff,

v.

Franklin County, Ohio, *et al.*,

    Defendants.

Case No. 2:21-cv-5549

Judge Watson

Magistrate Judge Vascura

## STIPULATED EXTENSION TO MOVE OR PLEAD

Pursuant to S.D. Ohio Civ. R. 6.1, the parties hereby stipulate and agree that Defendants, Franklin County, Ohio, and Michael Jason Meade, are granted an extension of twenty-one (21) days, or until February 22, 2022, in which to move or plead in this matter. No prior stipulated extensions to Defendants have been filed.

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)
ahiers@franklincountyohio.gov
Trial Counsel
John A. Zervas (0043611)
Ashlie Depinet (0089094)
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
jzervas@franklincountyohio.gov
adepinet@franklincountyohio.gov
Columbus, Ohio  43215-6318
(614) 525-3520

FAX (614) 525-6012
Counsel for Defendants


/s/ Sarah Gelsomino
Sarah Gelsomino (0084340)
Jacqueline Greene (0092733)
Marcus Sidoti (0077476)
Friedman, Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113
Telephone: (216) 241-1430
Facsimile: (216) 621-0427
E-Mail: sarah@fggfirm.com
jacqueline@fggfirm.com
marcus@fggfirm.com

/s/ Sean L. Walton
Sean L. Walton (0088401)
Chanda L. Brown (00810076)
Walton + Brown LLP
395 East Broad Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 636-3476
Facsimile: (614) 636-3453
E-Mail: swalton@waltonbrownlaw.com
cbrown@ waltonbrownlaw.com

*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Stipulated Extension to Move or Plead* was filed electronically this 31st day of January, 2022. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)