**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Estate of Casey Goodson, Jr.,

  Plaintiff,

v.                                            Case No. 2:21-cv-05549
                                                 Judge Watson

Franklin County, Ohio, *et al.*,          Magistrate Judge Vascura

  Defendants

**ORDER**

This matter is before the Court for consideration of Defendants' unopposed motion for a thirty-day extension of time in which to move or plead. For good cause shown, the Court **GRANTS** the motion. Accordingly, Defendants must move or plead on or before March 24, 2022.

**IT IS SO ORDERED.**

---

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE