**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Estate of Casey Goodson, Jr.,

    Plaintiff,                        Case No. 2:21-cv-5549

v.                                       Judge Watson

Franklin County, Ohio, *et al.*,         Magistrate Judge Vascura

    Defendants.

## DEFENDANTS' STATUS REPORT

    Defendants, Franklin County, Ohio and Michael Jason Meade, by and through undersigned counsel, hereby provide the following status report pursuant to this Court's May 9, 2022 Opinion and Order (ECF. No. 17, PageID# 97).

    According to information publicly available on the Franklin County Clerk of Court's Case Information Online: the next court date in Mr. Meade's criminal case is February 23, 2023; on February 2, 2023, the defense filed motions for change of venue and jury view; and on January 18, 2023, the prosecution served supplemental discovery.

    While this civil case is stayed pending the resolution of the criminal case, Plaintiff's counsel submitted a public records request to the Franklin County Sheriff's Office and has received copies of Meade's personnel file; any Internal Affairs investigative files involving Meade as the subject of investigation; and any and all emails sent and/or received by Meade beginning on December 1, 2020.

[SIGNATURE LINE ON NEXT PAGE]

1

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)
ahiers@franklincountyohio.gov
Trial Counsel
John A. Zervas (0043611)
Andrea C. Hofer (0101258)
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
jzervas@franklincountyohio.gov
ahofer@franklincountyohio.gov
Columbus, Ohio  43215-6318
P (614) 525-3520
F (614) 525-6012
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically this 3rd day of February, 2023.

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Amy L. Hiers

Amy L. Hiers (0065028)

2