# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Estate of Casey Goodson, Jr.,

   Plaintiff,

v.

Franklin County, Ohio, *et al.*,

   Defendants.

Case No. 2:21-cv-5549

Judge Watson

Magistrate Judge Vascura

## **DEFENDANTS' STATUS REPORT**

Defendants, Franklin County, Ohio and Michael Jason Meade, by and through undersigned counsel, hereby provide the following status report pursuant to this Court's May 9, 2022 Opinion and Order (ECF. No. 17, PageID# 97).

According to information publicly available on the Franklin County Clerk of Court's Case Information Online: the next court date in Mr. Meade's criminal case is June 7, 2023; on April 4, 2023, the prosecution served a fifth supplemental discovery; on April 12, 2023, the prosecution served a sixth supplemental discovery; and additional motion practice has occurred since the last status report.

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)
ahiers@franklincountyohio.gov
Trial Counsel
John A. Zervas (0043611)
Andrea C. Hofer (0101258)

        Assistant Prosecuting Attorneys
        373 South High Street, 13th Floor
        jzervas@franklincountyohio.gov
        ahofer@franklincountyohio.gov
        Columbus, Ohio  43215-6318
        P (614) 525-3520
        F (614) 525-6012
        Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically this 5th day of May, 2023. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Amy L. Hiers
        Amy L. Hiers (0065028)