# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ESTATE OF CASEY GOODSON, JR., | |
| Plaintiff, | CASE NO. 2:21-cv-5549 |
| -vs- | JUDGE WATSON |
| FRANKLIN COUNTY, OHIO, *et al.* | MAGISTRATE JUDGE VASCURA |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, by and through counsel, hereby provide the following status report to this Court's May 9, 2022, Opinion and Order (ECF. No. 17, PageID #97). According to information publicly available and from information shared with the family of the victim, the next court date in Defendant Meade's criminal case is a pretrial set for September 27, 2023. The criminal case is set for trial on October 27, 2023.

*/s/ Sean L. Walton*
Sean L. Walton (0088401)
Chanda L. Brown (0081076)
WALTON + BROWN LLP.
395 East Broad Street, Suite 200
Columbus, Ohio 43215
Telephone:    (614) 636-3476
Email: swalton@waltonbrownlaw.com
         cbrown@waltonbrownlaw.com
Facsimile:    (614) 636-3453
Attorneys for Plaintiff

*/s/ Sarah Gelsomino*
SARAH GELSOMINO (0084340)
JACQUELINE GREENE (0092733)
MARCUS SIDOTI (0077476)
Friedman, Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113-1901

1

2

|  |  |
|---|---|
| Telephone: | (216) 241-1430 |
| Facsimile: | (216) 621-0427 |
| E-Mail: | sarah@fggfirm.com |
|  | jacqueline@fggfirm.com |
|  | marcus@fggfirm.com |