# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Estate of Casey Goodson, Jr.,

   Plaintiff,                                Case No. 2:21-cv-5549

v.                                         Judge Watson

Franklin County, Ohio, *et al.*,            Magistrate Judge Vascura

   Defendants.

## DEFENDANTS' STATUS REPORT

Defendants, Franklin County, Ohio and Michael Jason Meade, by and through undersigned counsel, hereby provide the following status report pursuant to this Court's May 9, 2022 Opinion and Order (ECF. No. 17, PageID# 97).

Since the August of 2023 status report, according to information publicly available on the Franklin County Clerk of Court's Case Information Online (last accessed October 30, 2023; Case No. 21 CR 5052): the prosecution has served its tenth supplemental discovery on the defense; the defense has filed supplemental reciprocal discovery; a motion hearing has been set for December 11, 2023; and a jury trial has been set for January 29, 2024.

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)
ahiers@franklincountyohio.gov
Trial Counsel
Assistant Prosecuting Attorney
373 South High Street, 13th Floor
Columbus, Ohio  43215-6318

P (614) 525-3520
F (614) 525-6012
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically this 30th day of October, 2023.

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Amy L. Hiers
Amy L. Hiers (0065028)