IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Estate of Casey Goodson, Jr.,

  Plaintiff,

v.

Franklin County, Ohio, *et al.*,

  Defendants.

Case No. 2:21-cv-5549

Judge Watson

Magistrate Judge Vascura

## **DEFENDANTS' STATUS REPORT**

Defendants, Franklin County, Ohio and Michael Jason Meade, by and through undersigned counsel, hereby provide the following status report pursuant to this Court's May 9, 2022 Opinion and Order (ECF. No. 17, PageID# 97):

Jury selection began in the criminal case this morning. According to media reports, the trial is expected to last two weeks. Counsel will file another status report after the criminal case has concluded.

Respectfully submitted,

**G. GARY TYACK**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

/s/ *Amy L. Hiers*
Amy L. Hiers (0065028)
ahiers@franklincountyohio.gov
Trial Counsel
Assistant Prosecuting Attorney
373 South High Street, 13th Floor
Columbus, Ohio  43215-6318
P (614) 525-3520
F (614) 525-6012
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically this 29th day of January, 2024.

Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/ Amy L. Hiers
Amy L. Hiers (0065028)