**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **ESTATE OF CASEY GOODSON, JR.,** | : | **Case No. 2:21-cv-05549** |
| | : | |
| **Plaintiff,** | : | **Judge Michael H. Watson** |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **v.** | : | |
| | : | |
| **FRANKLIN COUNTY, OHIO,** *et al.,* | : | <u>**NOTICE OF SETTLEMENT**</u> |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |
| | : | |

      The parties jointly and respectfully give notice that they have reached a settlement in this case, pending Probate Court approval. The parties request that the Court vacate all remaining dates and deadlines, and further request that the Court allow the parties time to present this settlement to Probate Court for approval. Upon such approval and payment, the parties will stipulate to the dismissal of this action with prejudice.

      Respectfully submitted,

      s/ Sarah Gelsomino
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
sarah@FGGfirm.com
marcus@FGGfirm.com

Jacqueline Greene (0092733)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com

Sean L. Walton (0088401)
Chanda L. Brown (00810076)
WALTON + BROWN LLP.
395 East Broad Street, Suite 200
Columbus, OH 43215
T: 614-636-3476
F: 614-636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com

Attorneys for Plaintiff

/s/  Aaron Glagow
Aaron M. Glasgow (0075466)
Isaac Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, OH  43215
T:  614/221-2121
F:  614/365-9516
aglasgow@isaacwiles.com

-and-

G. GARY TYACK
Franklin County Prosecuting Attorney

/s/ Amy L. Hiers
Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
373 S. High St., 13th Floor
Columbus, OH 43215
T: 614-525-3520 | F: 614-525-6012
ahiers@franklincountyohio.gov

Attorneys for Defendant Franklin County, Ohio

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2024,  I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

*/s/ Sarah Gelsomino*
Sarah Gelsomino (0084340)
One of the Attorneys for Plaintiff