# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ESTATE OF CASEY GOODSON, JR., | |
| Plaintiff, | CASE NO. 2:21-cv-5549 |
| -vs- | JUDGE WATSON |
| FRANKLIN COUNTY, OHIO, *et al.* | MAGISTRATE JUDGE VASCURA |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed Civ. R. 41(a)(1)(A), the parties to this action hereby Stipulate and Agree to the dismissal with prejudice of all claims and causes of action set forth herein, no record, costs paid.

APPROVED:

**/s/ Sean L. Walton**
Sean L. Walton (0088401)
WALTON + BROWN, LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215
Telephone:     (614) 636-3476
Facsimile:     (614) 636-3453
Email: swalton@waltonbrownlaw.com

s/ Sarah Gelsomino
Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
sarah@FGGfirm.com
marcus@FGGfirm.com

Jacqueline Greene (0092733)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201

Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
al@FGGfirm.com
caroline@FGGfirm.com

/s/  Aaron Glagow
Aaron M. Glasgow (0075466)
Isaac Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, OH  43215
T:  614/221-2121
F:  614/365-9516
aglasgow@isaacwiles.com

-and-

G. GARY TYACK
Franklin County Prosecuting Attorney

/s/ Amy L. Hiers
Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
373 S. High St., 13th Floor
Columbus, OH 43215
T: 614-525-3520  | F: 614-525-6012
ahiers@franklincountyohio.gov
Attorneys for Defendant Franklin County, Ohio

CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing has been served upon the following via the Court's electronic filing system and/or electronic mail this 12th day of December, 2024:

Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
sarah@FGGfirm.com
marcus@FGGfirm.com

Jacqueline Greene (0092733)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
al@FGGfirm.com
caroline@FGGfirm.com

Aaron M. Glasgow (0075466)
Isaac Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, OH 43215
T: 614/221-2121
F: 614/365-9516
aglasgow@isaacwiles.com

-and-

G. GARY TYACK
Franklin County Prosecuting Attorney

Amy L. Hiers (0065028)
Assistant Prosecuting Attorney
373 S. High St., 13th Floor
Columbus, OH 43215
T: 614-525-3520 | F: 614-525-6012
ahiers@franklincountyohio.gov
Attorneys for Defendant Franklin County, Ohio

Respectfully Submitted,

**/s/ Sean L. Walton**
Sean L. Walton (0088401)